UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO CAMPOS, RAQUEL CAMPOS,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HOME LOAN SERVICES CORP.; QUALITY HOME LOAN SERVICES; AND DOES 1-100, inclusive,<br><br>Defendants. | No. 2:13-CV-00494-MCE-EFB PS<br><br><br>ORDER |

Plaintiffs, proceeding pro se, seek relief from Defendants for based on Defendants' foreclosure of Plaintiffs' real property. On September 24, 2013, the Magistrate Judge filed Findings and Recommendations herein (ECF No. 32) which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The Court has reviewed the applicable legal standards and concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations (ECF No. 32) filed September 24, 2013, are ADOPTED IN FULL; and

1

2. Plaintiffs' motion for default judgment (ECF No. 21) is DENIED.

Dated: November 12, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT